WASMUTH ET AL. v. ALLEN, COMMISSIONER OF EDUCATION OF NEW YORK, ET AL.

No. 402.   Decided October 12, 1964.

*C. Dickerman Williams* for appellants.

*Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

WRIGHT v. ILLINOIS.

No. 273, Misc.   Decided October 12, 1964.

Appellant *pro se.*

*Daniel P. Ward* and *Elmer C. Kissane* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.